UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -vs- | Criminal Action No. 15-102-JWD-RLB |
| GEORGE BANKSTON | AUSA: Lyman E. Thornton, III |
| MARK ZACHARY | Deft. Atty.: Joseph J. Long for |
| GEORGE TYNES | All defendants except |
| HUEY LONG TYNES | Mark Zachary |
| WILLIAM BANKSTON | |
| JOSEPH FELPS | |

| | | | |
|---|---|---|---|
| **JUDGE:** | Richard L. Bourgeois, Jr. | **DATE:** | August 24, 2015 |
| **DEPUTY CLERK:** | Joan Sheets-Launey | **TAPE/REPORTER:** | |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | |

**CLERK'S MINUTES**
Rule 5 Hearing and Arraignment

The government stated for the record that Mark Zachary was not present, Mr. Zachary's wife called and indicated he had accident, and was unable to appear for the hearing this date; therefore, his matter has been reset for September 9, 2015 at 9:30 a.m.

The defendants were sworn, advised of their rights and the purpose of this hearing.

The defendants waived formal reading of the bill of information and a summary was given of the charges pending against the defendants.

The defendants were informed of the maximum possible penalties.

The defendants consented to proceed before a United States Magistrate Judge, waived their right to trial by jury, each signed a consent and waiver form and the forms were filed.

C: cr23; T:00:20
C: cr1; T:00:15

The defendants George Bankston, George Tynes, Huey Long Tynes, William Bankston and Joseph Felps each entered a plea of NOT GUILTY to the charges pending against them in the Bill of Information.

The court accepted the defendants' pleas of NOT GUILTY and will issue a scheduling order.

The court advised counsel that the pretrial conference is scheduled for September 29, 2015 at 9:00 a.m. in Room 278, and the bench trial is scheduled for October 27, 2015 at 9:00 a.m. in Courtroom 6 before United States Magistrate Judge Richard L. Bourgeois, Jr. At the request of defense counsel and no objection by the government, the trial time was changed to 1:00 p.m.

The defendants were released on their own recognizance with conditions.

\* \* \* \*

C: cr23; T:00:20
C: cr1; T:00:15